## SUMMARY OF THE ACT

From the early days of the American Republic, when a small group of brokers met under a buttonwood tree on Wall Street to form the market which is now the New York Stock Exchange, until the advent of the New Deal, the law relating to security markets has been characterized by gradual growth rather than by abrupt change. Decisions of courts and rules of stock exchanges have been regarded as adequate to meet new conditions. Spasmodic legislation has been directed primarily at practices which were manifestly dishonest. The general principles of stockbrokerage law, however, have remained relatively constant.

With the enactment of the Securities Exchange Act of 1934 on June 6, 1934, what has heretofore been evolution has become revolution. Those whose activities are concerned with security markets will find that they are regulated by an entirely strange body of law. They must know and adhere to this law or run the risk of subjecting themselves to severe penalties both civil and criminal in nature.

This new body of law in itself will in the future be the subject of amplification and development through rules of government agencies, decisions of courts, and probably also statutory amendments. In the meantime, however, no one whose business is affected by the new law can afford even for a brief period to remain unacquainted with the changes which it has worked.

The Securities Exchange Act has been designed primarily to regulate (1) *credit in security transactions*, to limit speculation; (2) *security markets*, to prevent unfair practices; and (3) *securities publicly traded in*, to make public adequate information and to discourage the unfair use by insiders of information which is not made public.

The administration of the Act is vested partly in the Federal Reserve Board and partly in the newly created Securities and Exchange Commission. The former is given

32     SECURITIES EXCHANGE ACT OF 1934     §3

unconditionally or upon specified terms and conditions or for stated periods, exempt from the operation of any one or more provisions of this title which by their terms do not apply to an "exempted security" or to "exempted securities."

(13) The terms "buy" and "purchase" each include any contract to buy, purchase, or otherwise acquire.

(14) The terms "sale" and "sell" each include any contract to sell or otherwise dispose of.

(15) The term "Commission" means the Securities and Exchange Commission established by section 4 of this title.

(16) The term "State" means any State of the United States, the District of Columbia, Alaska, Hawaii, Puerto Rico, the Philippine Islands, the Canal Zone, the Virgin Islands, or any other possession of the United States.

(17) The term "interstate commerce" means trade, commerce, transportation, or communication among the several States, or between any foreign country and any State, or between any State and any place or ship outside thereof.

(b) The Commission and the Federal Reserve Board, as to matters within their respective jurisdictions, shall have power by rules and regulations to define technical, trade, and accounting terms used in this title insofar as such definitions are not inconsistent with the provisions of this title.

(c) No provision of this title shall apply to, or be deemed to include, any executive department or independent establishment of the United States, or any lending agency which is wholly owned, directly or indirectly, by the United States, or any officer, agent, or employee of any such department, establishment, or agency, acting in the course of his official duty as such, unless such provision makes specific reference to such department, establishment, or agency.

## EXPLANATION

This section contains the statutory definition of many of the terms used in the Act. It is important to bear in mind that the statutory definition is not in all cases in exact accord with the commonly accepted meaning. The terms defined are the following:

### (1) Exchange

An "exchange," as defined in the Act, includes every organization which provides facilities for bringing together purchasers and sellers of securities. It includes both incorporated and unincorporated exchanges. It does *not* include commodity exchanges.

§3        SECURITIES EXCHANGE ACT OF 1934            33

### (2) Facility

The term "facility" of an exchange is used repeatedly throughout the Act. It includes the use of the exchange's premises and other property, and any service it may render for the purpose of *effecting* or *reporting* a transaction, including its ticker system.

### (3) Member

The term "member" of an exchange is defined as a person who may personally effect transactions on the exchange, or who may use the facilities of an exchange without payment of a commission or with the payment of a commission less than that charged to the general public. *The term includes a firm of which a member is a partner. It includes also any partner in such firm.* The provisions of the Act applicable to exchange members are equally applicable to their firms and partners.

### (4) Broker

A "broker" is a person* engaged in the business of effecting transactions in securities for the account of others. A broker is an agent. He does not sell his own securities to his customers nor buy his customers' securities for his own account. His business is to effect purchases and sales on his customers' behalf with third parties. Firms and individuals doing a commission business are brokers.

A broker is not necessarily a member of an exchange.

A bank is not considered a broker within the meaning of the Act even if it effects transactions in securities for others.

### (5) Dealer

A "dealer" is a person* engaged in the business of buying and selling securities for his own account. A dealer, as distinguished from a broker, acts as principal and not as agent for customers.

---

*The word "person" includes not only an individual but also a partnership, corporation, etc. See definition of "person" in paragraph (9).

34    SECURITIES EXCHANGE ACT OF 1934    §3

### Professional traders as dealers

A question arises whether a trader who has no customers but merely trades for his own account through a broker is a "dealer" under the Act. A fair interpretation of the Act would seem to indicate that if the operations of a trader are sufficiently extensive to be regarded as a regular business he would be considered a "dealer." Among those who will be classed as a "dealer," if this interpretation is correct, are professional traders, whether or not they conduct their activities on the floor of an exchange.

### Investors and non-professional traders not dealers

A person* who buys and sells securities for his own account *but not as part of a regular business*, whether he is acting for himself individually or as executor, trustee, etc., is not a "dealer." Undoubtedly there will be many border line cases when it may be difficult to determine whether a person is or is not a "dealer" within the meaning of the Act. The ultimate test is whether his operations are sufficiently extensive to be considered "part of a regular business."

### Banks not dealers

A bank is not considered a "dealer" within the meaning of the Act even if it engages in the business of buying and selling securities for its own account.

### (6) Bank

A bank is (A) a national bank, (B) a member bank of the Federal Reserve System, (C) any other bank or banking institution performing normal banking functions, which is subject to supervision and examination by State or Federal authorities, and which is not operated for the purpose of evading the Act†, (D) a receiver, conservator or other liquidating agent of any of the foregoing.

---

*The word "person" includes not only an individual but also a partnership, corporation, etc. See definition of "person" in paragraph (9).

†The provision excluding from the definition of banks such institutions as might be