# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

AUCTUS FUND MANAGEMENT, LLC,
LOUIS POSNER, and ALFRED SOLLAMI,

*Defendants*,

and

AUCTUS FUND LLC,

*Relief Defendant.*

1:23-cv-11233-AK

## JOINT MOTION FOR ENTRY OF STAY

Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Auctus Fund Management, LLC, Louis Posner, and Alfred Sollami, and Relief Defendant Auctus Fund LLC (collectively, the "Defendants") respectfully request that the Court enter a stay of this action up to and including April 30, 2025. The parties also request that the Court postpone the upcoming March 20, 2025 status conference, and adjourn the existing schedule and deadlines. As grounds for this motion, the parties state as follows:

The parties have reached an agreement in principle to dismiss this action with prejudice, on the condition that Defendants agree to waivers and releases, including any rights under the Equal Access to Justice Act or the Small Business Regulatory Enforcement Fairness Act of 1996 and any claims against the Commission and its officers or employees. This agreement is subject to the vote of the Commission, and the proposed stay will allow time for that agency action. The

voluntary dismissal would be pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) because the Defendants have answered the Commission's complaint.

This action is currently in the discovery phase, with a status conference scheduled before the Court on March 20, 2025 at 12:00 p.m., and with fact and expert discovery deadlines in the coming weeks.

The parties anticipate that on or before April 30, 2025, they will make a filing to dismiss this action or will submit a joint status report.

WHEREFORE, the parties respectfully request that the Court enter an Order staying this action until April 30, 2025. The parties also request that the Court postpone the March 20, 2025 status conference and adjourn the existing case schedule, to be rescheduled at a later date if necessary.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael C. Moran* | */s/ Marshall R. King* |
| Michael C. Moran | *(Signed electronically with permission)* |
| Rua M. Kelly | Marshall R. King |
| Securities and Exchange Commission | Gibson, Dunn & Crutcher LLP |
| Boston Regional Office | 200 Park Avenue |
| 33 Arch Street, 24th Floor | New York, NY  10166-0193 |
| Boston, MA 02110 | (212) 351-3905 |
| (617) 573-8900 | MKing@gibsondunn.com |
| moranmi@sec.gov | |
| kellyru@sec.gov | *Counsel for Defendants and Relief Defendant* |
| | |
| *Counsel for Plaintiff* | |
| | |
| Dated: March 12, 2025 | Dated: March 12, 2025 |

## CERTIFICATE OF SERVICE

   I hereby certify that on March 12, 2025, I electronically filed the foregoing document using CM/ECF and, accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

               */s/ Michael C. Moran*
               Michael C. Moran