UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

AUCTUS FUND MANAGEMENT, LLC,
LOUIS POSNER, and ALFRED SOLLAMI,

*Defendants*,

and

AUCTUS FUND LLC,

*Relief Defendant.*

Case No. 1:23-cv-11233-AK

## JOINT MOTION TO EXTEND STAY

Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Auctus Fund Management, LLC, Louis Posner, and Alfred Sollami, and Relief Defendant Auctus Fund LLC (collectively, the "Defendants") respectfully request that the Court extend the existing stay in this matter from April 30, 2025 to May 9, 2025.

The parties previously requested a stay because they have reached an agreement in principle for the dismissal of this action with prejudice. *See* Doc No. 77. That agreement is subject to the vote of the Commission. *Id*. The Commission requires a short extension for that agency process. The parties anticipate that on or before May 9, 2025, they will make a filing to dismiss this action or will submit a joint status report.

WHEREFORE, the parties respectfully request that the Court enter an Order continuing the stay of this action until May 9, 2025.

Respectfully submitted,

| | |
|---|---|
| */s/ Rua M. Kelly* | */s/ Marshall R. King* |
| Michael C. Moran | *(Signed electronically with permission)* |
| Rua M. Kelly | Marshall R. King |
| Securities and Exchange Commission | Gibson, Dunn & Crutcher LLP |
| Boston Regional Office | 200 Park Avenue |
| 33 Arch Street, 24th Floor | New York, NY 10166-0193 |
| Boston, MA 02110 | (212) 351-3905 |
| (617) 573-8900 | MKing@gibsondunn.com |
| moranmi@sec.gov | |
| kellyru@sec.gov | *Counsel for Defendants and Relief Defendant* |
| | |
| *Counsel for Plaintiff* | |
| | |
| Dated: April 11, 2025 | Dated: April 11, 2025 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing document using CM/ECF and, accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

>  */s/ Rua M. Kelly*
>  Michael C. Moran