UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff*,

v.

AUCTUS FUND MANAGEMENT, LLC,
LOUIS POSNER, and ALFRED SOLLAMI,

*Defendants*,

and

AUCTUS FUND LLC,

*Relief Defendant.*

1:23-cv-11233-AK

## STIPULATION TO DISMISS AND RELEASES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Auctus Fund Management, LLC, Louis Posner, and Alfred Sollami, and Relief Defendant Auctus Fund LLC (collectively, the "Defendants") hereby stipulate and agree as follows:

**WHEREAS,** the Commission filed a Complaint in this civil enforcement action (the "Litigation") on June 1, 2023;

**WHEREAS**, on August 16, 2024, Defendants filed their answer to the Complaint;

**WHEREAS,** in the exercise of its discretion and as a policy matter, the Commission believes the dismissal of this case with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to either party, is appropriate;

**WHEREAS,** the Commission's decision to seek dismissal of this Litigation does not necessarily reflect the Commission's position on any other case; and

**WHEREAS,** the Commission and the Defendants agree to have this Litigation dismissed on the terms set forth herein.

**NOW, THEREFORE,**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Commission and the Defendants stipulate and agree that this Litigation shall be dismissed with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to either party.

2. Defendants, for themselves and any of their agents, attorneys, employees, or representatives, hereby waive and release:

    a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendants that in any way relate to the Litigation, including, but not limited to, investigative steps taken prior to commencing the Litigation.

    b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including, but not limited to, investigative steps taken prior to commencing the Litigation.

3. Each of the undersigned represents that they have the authority to execute this stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:

_____
Samuel J. Waldon
Acting Director, Division of Enforcement
Antonia M. Apps
Acting Deputy Director, Division of Enforcement
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549

_____
Rua M. Kelly
Michael C. Moran
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
KellyRu@sec.gov
MoranMi@sec.gov

*Counsel for Plaintiff*

Dated: ____June 18,____, 2025

_____
Marshall R. King
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
MKing@gibsondunn.com

*Counsel for Defendants*

Dated: __March 12__, 2025

3